# Court of Appeals
# of the State of Georgia

ATLANTA,  April 08, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1633. SHAWN DAVART LOCKHART JR. v. THE STATE.**

In 2009, Shawn Davart Lockhart, Jr., pled guilty to armed robbery, kidnapping, and possession of a firearm during the commission of a crime. In 2025, Lockhart filed a motion for an out-of-time appeal based on OCGA § 5-6-39.1, which the trial court denied on February 19, 2026. Lockhart filed a notice of appeal to this Court on March 24, 2026. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Lockhart's notice of appeal was filed 33 days after entry of the trial court's order, it is untimely.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/08/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*